IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| Michael Brooks-McGillan,<br><br>　　　　　Plaintiff,<br><br>Vs.,<br><br>Ocwen Loan Servicing, LLC,<br><br>　　　　　Defendant. | NO. 4:13 – cv - 00140<br><br><br><br><br>VOLUNTARY DISMISSAL<br>WITH PREJUDICE |

　　　Pursuant to Rule 41.1(a)(2) of the Local Federal Rules of Civil Procedure, plaintiff Michael Brooks-McGillan requests all claims raised or that could have been raised in this action against Defendant Ocwen Loan Servicing, LLC are hereby dismissed with prejudice as the parties have reached a settlement agreement. Each party will bear its own costs and attorney fees.

　/s/ L. Ashley Zubal　
L. Ashley Zubal　　AT0009559
MARKS LAW FIRM, P.C.
4225 University Avenue
Des Moines, Iowa  50311
(515) 276-7211
Fax: (515) 276-6280
ATTORNEY FOR PLAINTIFF

Jennifer L. Scoliard
Ocwen Financial Corporation
1100 Virginia Drive,
Fort Washington, PA 19034
jennifer.scoliard@ocwen.com

**CERTIFICATE OF SERVICE**:  By signing above, the attorney, L. Ashley Zubal certifies that on the 12th day of July, 2013, this document was filed electronically in the United States District Court for the Southern District of Iowa Court.  The parties listed will receive notice via US Mail.